UNITED STATES DISTRICT COURT           SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| JESSIE PAUL MARTINEZ, | § | |
| | § | |
| Petitioner, | § | |
| versus | § | CIVIL ACTION H-06-1360 |
| | § | |
| NATHANIEL QUARTERMAN, | § | |
| | § | |
| Respondent. | § | |

# Order

The Memorandum and Recommendation (12) issued August 1, 2006, by Magistrate Judge Stephen Wm. Smith, is adopted as this court's order.

Signed August  23 , 2006, at Houston, Texas.

Lynn N. Hughes
United States District Judge